No. State 129.   NICHOLS, Plaintiff in error, v. STATE,
Defendant in error.

(Also reported in 223 N. W. 2d 688.)

Rape.   Evidence.   Blood tests.   Propriety of rejection of defendant's request.   Police report.   Portion masked from defendant's view.   No denial of due process.   Sufficiency of evidence.

The cause was submitted for the plaintiff in error on the briefs of *Howard B. Eisenberg,* state public defender,

and *Ruth S. Downs,* assistant state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.